# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3319

Larry Newman

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-01258-SNLJ)
(4:11-cr-00011-SNLJ-2)

_____

## MANDATE

In accordance with the judgment of 11/27/2019, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

November 27, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit