# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3319

Larry Newman

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
(4:18-cv-01258-SNLJ)
(4:11-cr-00011-SNLJ-2)

_____

**ORDER**

On November 27, 2019, the court denied an application to file a successive § 2255 motion.  Another application was filed which appears duplicative. No further action will be taken with the second application.

December 03, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans